AARON D. FORD
  Attorney General
HEATHER D. PROCTER (Bar No. 8621)
  Chief Deputy Attorney General
GERRI LYNN HARDCASTLE (Bar No. 13142)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1215
Fax: (775) 684-1108
GHardcastle@ag.nv.gov
*Attorney for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID J. DINUNZIO,<br><br>   Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS *et al.*,<br><br>   Respondents. | Case No.: 2:21-cv-00995-APG-NJK<br><br>**RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (SECOND REQUEST)** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heather D. Procter, Chief Deputy Attorney General, move this Court for a sixty- (60-) day enlargement of time, or up to and including Tuesday, November 23, 2021, to file and serve their response to the petition for writ of habeas corpus of Petitioner, David J. DiNunzio (DiNunzio).

This motion is based on the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached declaration of counsel, as well as all other pleadings and materials on file herein.

This is Respondents' second request for an enlargement of time to respond to DiNunzio's petition. Respondents make this motion in good faith and not for the purpose of unnecessary delay.

SUBMITTED this 24th day of September, 2021.

AARON D. FORD
Attorney General

By: /s/ Heather D. Procter
  HEATHER D. PROCTER (Bar. No. 8621)
  Chief Deputy Attorney General

IT IS SO ORDERED:

Dated: September 27, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

-1-