# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| David J. DiNunzio,<br><br>    Petitioner,<br><br>v.<br><br>Brian Williams, et al.,<br><br>    Respondent. | Case No.: 2:21-cv-00995-APG-NJK<br><br>**Order** |

Before me in this habeas proceeding under 28 U.S.C. § 2254 is a motion for appointment of counsel filed by the petitioner, David J. DiNunzio. ECF No. 13. I previously denied DiNunzio's request for appointment of counsel when I screened his habeas petition. ECF No. 7. His current motion does not contain any compelling reasons for me to alter my prior decision.

I THEREFORE ORDER that the DiNunzio's motion for appointment of counsel (ECF No. 13) is DENIED.

I FURTHER ORDER that Respondents' motion for extension of time (ECF No. 17) is GRANTED. Respondents' deadline for filing a response to DiNunzio's habeas petition (ECF No. 8) is extended to **January 3, 2022**. In all other respects, the schedule in my order of June 4, 2021, (ECF No. 7) continues to govern this proceeding.

Dated: November 24, 2021

                                                                                   U.S. District Judge Andrew P. Gordon