AARON D. FORD
   Attorney General
GERRI LYNN HARDCASTLE (Bar No. 13142)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1215
Fax: (775) 684-1108
GHardcastle@ag.nv.gov
*Attorney for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID J. DINUNZIO,<br><br>       Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS *et al.*,<br><br>       Respondents. | Case No.: 2:21-CV-0995-APG-NJK<br><br>**RESPONDENTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**<br>**(FIRST REQUEST)** |

     Respondents, Brian Williams, *et al.* (Respondents), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, move this Court for a thirty-one-day enlargement of time, or up to and including Monday, December 5, 2022, to file and serve their answer to Petitioner, David J. DiNunzio's (DiNunzio) petition for writ of habeas corpus.  ECF No. 8.

     This motion is based on the provisions of Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and the attached declaration of counsel, as well as all other pleadings and materials on file herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is Respondents' first request for an enlargement of time to answer to DiNunzio's petition since this Court denied their motion to dismiss and ordered an answer on the merits. *See* ECF No. 33 at 5. Respondents make this motion in good faith and not for the purpose of unnecessary delay.

RESPECTFULLY SUBMITTED this 4th day November of 2022.

                                            AARON D. FORD
                                            Attorney General

                                      By:   /s/ Gerri Lynn Hardcastle
                                                  GERRI LYNN HARDCASTLE (Bar No. 13142)
                                                  Deputy Attorney General

IT IS SO ORDERED:

Dated: November 4, 2022

                                                  _____
                                                  ANDREW P. GORDON
                                                 UNITED STATES DISTRICT JUDGE