1  AARON D. FORD
   Attorney General
2  GERRI LYNN HARDCASTLE (Bar No. 13142)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701-4717
5  Telephone: (775) 684-1215
   Fax: (775) 684-1108
6  GHardcastle@ag.nv.gov
   Attorney for Respondents

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. DINUNZIO, | Case No.: 2:21-cv-00995-APG-NJK |
| Petitioner, | **MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (SECOND REQUEST)** |
| vs. | |
| BRIAN WILLIAMS, *et al.*, | |
| Respondents. | |

Respondents, Brian Williams, *et al.* (Respondents), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby move this Court for an enlargement of time of seven days, or up to and including Monday, December 12, 2022, to file and serve their response to Petitioner David J. DiNunzio's (DiNunzio) petition for writ of habeas corpus. ECF No. 8.

This motion is based on the provisions of Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers and pleadings on file herein.

/ / /

/ / /

/ / /

/ / /

This is Respondents' second request for an enlargement of time to file and serve their answer to petition. Respondents make this motion in good faith and not for the purpose of unnecessary delay.

RESPECTFULLY SUBMITTED this 5th day of December, 2022.

>AARON D. FORD
>Attorney General
>
>By:  /s/ Gerri Lynn Hardcastle
>     GERRI LYNN HARDCASTLE (Bar No. 13142)
>     Deputy Attorney General

IT IS SO ORDERED:

Dated: December 6, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE